UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GILDA BAKER<br><br>                Plaintiff,<br>  v.<br>STATE OF CALIFORNIA HIGHWAY PATROL, et al.,<br><br>                Defendants. | No. C 13-073 MEJ<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS**<br><br>**ORDER DISMISSING WITHOUT PREJUDICE AMENDED COMPLAINT** |

      Pending before the Court are Defendants' Motions to Dismiss. Dkt. Nos. 17, 18. However, on March 8, 2013, Plaintiff filed an Amended Complaint. Dkt. No. 24. Under Federal Rule of Civil Procedure 15, a party may amend its pleading once "as a matter of course" within "21 days after service of a responsive pleading or 21 days after service of a motion. Fed. R. Civ. P. 15(a)(1). Thus, as no prior amended complaints have been filed, Plaintiff was entitled to file an amended complaint as a matter of course under Rule 15(a). The amended complaint supersedes the original complaint, which is treated as non-existent. Since Defendants' motions are based on Plaintiff's original complaint, the Court hereby DENIES Defendants' motions as moot.

      However, upon review of the Amended Complaint, the Court finds Plaintiff's allegations unclear. Accordingly, the Court DISMISSES Plaintiff's Amended Complaint WITHOUT PREJUDICE. Plaintiff shall file a second amended complaint that complies with the guidelines set forth in Federal Rule of Civil Procedure 8(a). This rule requires that a complaint for relief include (1) a short and plain statement of the grounds for the court's jurisdiction; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought. A pleading may not simply allege a wrong has been committed and demand relief; it must state the elements of the claim plainly and succinctly. Plaintiff must allege with at least some degree of particularity the facts in which defendants engaged to support her claims. *Jones v. Cmty. Redev. Agency*, 733 F.2d 646, 649 (9th Cir. 1984).

      If Plaintiff chooses to amend the complaint, it is recommended that she either type the

amended complaint or handwrite it in a manner that is legible.  It is also recommended that Plaintiff obtain a copy of the Court's *Handbook for Litigants Without a Lawyer*, which is available free of charge in the Clerk's Office, or online at http://cand.uscourts.gov/prosehandbk.  This handbook provides an explanation of the required components of a complaint, which include the following:

1. Caption page
2. Subject matter jurisdiction
3. Venue
4. Intradistrict assignment
5. Parties
6. Statement of facts
7. Claims
8. Request for relief
9. Demand for jury trial
10. Signature

The Court also advises Plaintiff that there are two additional resources available.  First, Plaintiff may wish to seek assistance from the Legal Help Center, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, in Room 2796, where Plaintiff may sign up for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.  The telephone number for scheduling an appointment with the Legal Help Center is (415) 782-9000, extension 8657.  Second, the San Francisco Bar Association operates a lawyer referral service which may be helpful in securing pro bono counsel.

Consistent with the instructions in this Order, Plaintiff shall file any amended complaint by April 17, 2013.  Failure to file an amended complaint by April 17 shall result in the dismissal of this case with prejudice.

**IT IS SO ORDERED.**

Dated: March 13, 2013

_____
Maria-Elena James
United States Magistrate Judge

2